In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as LIDO CLUB HOTEL, at Reynolds Channel, on the Island of Long Beach, County of Nassau, State of New York, Securing Mortgage Investments Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY and Designated as Guarantee No. 180,577.  JOSEPH W. BELDON and Others, a Committee of Certificate Holders, Appellants; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, THE MORTGAGE CORPORATION OF NEW YORK and Others, Respondents; BENJAMIN STOLITZKY and Others, Interested Parties Below.— Order approving a plan of reorganization under the Mortgage Commission Act (Laws of 1935, chap. 19, as amended), in so far as appealed from, affirmed, with ten dollars costs and disbursements.  No opinion.  Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of Proving the Last Will and Testament of MICHAEL F. QUINN, Also Known as MICHAEL QUINN, Deceased.  ROMAN CATHOLIC ORPHAN ASYLUM SOCIETY IN THE CITY OF BROOKLYN, Appellant; CATHERINE ECKSTEIN, Respondent; JOSEPH F. DUDLEY, SR., Proponent.— Order of the Surrogate's Court of Queens county, denying appellant's motion to compel respondent to serve a further bill of particulars, reversed on the law and the facts, with ten dollars costs and disbursements, payable out of the estate, and the motion granted, without costs, to the extent of requiring respondent, within five days from the entry of the order hereon, to serve a further verified bill of particulars stating which person or persons in the two corporations referred to at fols. 37–38 are charged with the exercise of undue influence and control and with having perpetrated the false statements, suppressions of fact, misrepresentations or other fraudulent acts.  Furnishing the names of corporations does not seem to have been a sufficient compliance with the order requiring particulars of the person or persons alleged to have committed the acts complained of.  Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

JOSIE V. LEEK, as Administratrix, etc., of JULIA E. ELDERT, Deceased, Respondent, v. RANDOLPH W. SEAMAN, Appellant.— Appeal dismissed in view of the decision in *Leek* v. *Seaman* (*ante*, p. 899), decided herewith.  Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

JOHN LETTIERI, Respondent, v. JENNIE LETTIERI, Appellant. — Appeal by defendant wife, the successful party in an action for a separation brought by the husband, in which she counterclaimed for the same relief, from an order granting plaintiff's motion and amending the judgment of separation.  Order affirmed, without costs.  No opinion.  Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.